# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK LEE JOHNSON, | NO. CV 09-7539 JHN (FMO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| LARRY SMALL, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: January 15, 2011.

JACQUELINE H. NGUYEN
UNITED STATES DISTRICT JUDGE